CAUSE: TITLE 42 SEC. 1973    - CIVIL RIGHTS VOTING

## PLAINTIFFS

THOMAS HAWTHORNE and
EMORY NEWMAN, individually
and on behalf of all other
persons similarly situated

##ANDRE KEITH, for himself and
all others similarly situated

\*Added per 5/8/89 Amended Complaint.
##Added per 8-20-90 order
\*\* Substituted per 10-18-90 order

### CLASS CERTIFIED PER 1-12-90 ORDER

###Substituted per 3-18-91 order

## DEFENDANTS

### ~~\*\*JACK HURLEY~~ ###WILLIAM B. BLOUNT
\*\*~~JOHN BAKER~~, in his official
capacity as Chairman of the
State Democratic Executive
Committee of Alabama and the
STATE DEMOCRATIC EXECUTIVE
COMMITTEE OF ALABAMA;
J. HOLT ETHERIDGE, Chairman of
the Henry County Democratic
Executive Committee and the
HENRY COUNTY DEMOCRATIC EXECUTIVE
COMMITTEE as a committee and all
county Democratic executive com-
mittees similarly situated; and
\*DEMOCRATIC PARTY OF THE UNITED
STATES

*THOMPSON*

## ATTORNEYS

JOHNSON
HOBBS

Terry G. Davis
TERRY G. DAVIS, P.C.
P. O. Box 4864
Montgomery, AL  36103-4864
834-2002

James U. Blacksher, John C. Falkenberry, Leslie Proll
Fifth Floor Title Building
300 21st Street North
Birmingham, AL  35203
322-1100

Edward Still
714 S. 29th St.
Birmingham, Al  35233
(205) 322-6631

~~Leslie Proll~~
~~3 O 21st St., North~~
~~Birmingham, AL 35203~~
~~322-1100~~

~~Joseph G. Espy, III~~
~~MELTON, ESPY & WILLIAMS~~
~~P. O. Drawer 5130~~
~~Montgomery, AL  36103-5130~~
~~263-6621~~
~~(for Baker and State Dem. Comm.)~~
and

Fournier J. Gale, III
Gregory H. Hawley
MAYNARD, COOPER, FRIERSON & GALE
~~12th Floor, Watts Bldg~~ 1901 6th Avenue, N.
~~Birmingham, al  35203~~ 2400 AmSouth Har-
252-2889 254-1000    bert Plaza
(for Baker & S ate Dem. Comm. B'ham, AL
35203-2602

~~Susan Russ~~
1 Commerce St.
Suite 802
Montgomery, AL 36104
834-5550
(for Baker) & State
Dem. Comm. )

John H. England, Jr.
ENGLAND & BIVENS
2618 th St
Tuscaloosa, AL  35401
759-5401
(for Baker & St te Dem. Comm.)

OVER

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL REPORTS PROCESSED |
|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | Filing  5/5/89 ✓ |
| | 04/17/89 | #29265      $120.00 | | Termination  8-5-91 |
| | 01/12/90 | #3,502  $105.00 | | Change |
| | 09/10/90 | #38129  ($5.00) 01/17/91 #39378 ($105.00) | | |

UNITED STATES DISTRICT COURT DOCKET

DC 111S (Rev. 7/85)

| DATE 1989 | NR. | CA, No 89-T-0381-S                                    PROCEEDINGS |
|-----------|-----|----------------------------------------------------------------------|
| Apr. 17 | 1 | COMPLAINT. **CLASS CERTIFICATION** requested. |
| 17 | 2 | Summons issued; summons and complaint mailed by cmrrr to defendants. |
| 19 | 3 | Return receipts showing service of summons and complaint; service on J. Holt Etheridge, personally and for defendant Henry County Democratic Executive Committee, on 4/18/89. |
| 20 | 4 | Return receipt showing service of summons and complaint; service on T. Grant on 4/18/89 for defendant State Democratic Executive Committee of Alabama (c/o John Baker). |
| 20 | 5 | Return receipt showing service of summons and complaint; service on Tracy Bradford on 4/19/89 for defendant John baker. |
| 26 | 6 | Plaintiffs' MOTION to join additional defendants. Referred to Judge Thompson. |
| 27 | 7 | Plaintiffs' AMENDED MOTION to join additional defendants. Referred to Judge Thompson. |
| May 8 | 8 | ORDER granting plaintiffs' 4/26/89 motion to join additional defendants, as amended on 4/27/89. (Copies mailed to counsel and defendants.) EOD 5/8/89. |
| 8 | 9 | Plaintiffs' **AMENDED COMPLAINT** (adding defendant Democratic Party of the United States). |
| 8 | 10 | Summons issued for added defendant Democratic Party of the United States; summons and complaint returned to counsel for plaintiffs for service. |
| 8 | 11 | Defendants John Baker, State Democratic Executive Committee of Alabama, J. Holt Etheridge and the Henry County Democratic Executive Committee's MOTION to dismiss, or in the alternative, MOTION to join necessary parties. Referred to Judge Thompson. |
| 16 | 12 | ORDER setting defendants Baker, et al.'s 5/8/89 motion to dismiss, etc., for submission, without oral argument, on 6/2/89 with said defendants' brief due by 5/24/89 and plaintiffs' brief due by 6/2/89. (Copies mailed to counsel.) EOD 5/16/89. |
| 24 | 13 | 'Defendants's AMENDED MOTION to dismiss, or in the alternative, motion to join necessary parties. Referred to Judge Thompson. **ORAL ARGUMENT REQUESTED.** |
| 24 | 14 | Defendants' BRIEF in support of amended motion to dismiss, or in the alternative, motion to join necessary party. AFFIDAVIT of John Baker attached. referred. |
| 26 | 15 | ORDER setting defendants' 5/24/89, amended motion to dismiss, etc. for submission on 6/2/89, with plaintiffs' brief due by said date. (Copies mailed to counsel; notified ocunsel for plaintiffs by phone.) EOD 5/26/89. |
| 26 | 16 | MOTION of defendant Democratic Party of the United States to dismiss. **ORAL ARGUMENT REQUESTED.** Referred to Judge Thompson. |
| June 1 | 17 | ORDER setting the motion to dismiss, filed by defendant Democratic Party of the United States on 5/26/89, without oral argument, on 6/26/89, with said defendant's brief, etc., due by 6/12/89 and plaintiff's brief due by 6/26/89. (Copies mailed to counsel.) EOD 6/1/89. |
| 5 | 18 | Plaintiffs' memorandum BRIEF opposing motions to dismiss or to join additional parties. Referred to Judge Thompson. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 89-T-381-S |
|---|---|---|
| THOMAS HAWTHORNE; et al. | JOHN BAKER, etc., et al. | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|

## COUNSEL CONT'D

### PLAINTIFFS

Fred D. Gray
P. O. Box 239
Tuskegee, AL    36083
727-4830

Solomon Seay
732 Carter Hill Rd.
Montgomery, AL   36106
834-2000
(for pltf-intervenor Keith)

### DEFENDANTS

James L. North
700 Title Building
300 21st Street North
Birmingham, AL   35203
251-0252
(for Baker & State Dem. Comm.)

Solomon Seay
P. O. Box 6215
Montgomery, AL    36106
834-2000
(on behalf of deponents Ala. Demo-
cratic Party, Jerome Gray and Joe
Reed re m/protective order and
m/quash only)

Vincent H. Cohen
Anthony L. Sutin
John C. Keeney
Roger L. Patton, Jr.
555 13th St., N. W.
Washington, D. C.   20004
(202) 637-5600
(for deft. DPUS)

David Schoen
2800 Zelda Rd., Suite 100-6
Montgomery, AL   36106
272-4443
(for deft. DPUS)

Christine A. Varney
General Counsel
Democratic National Committee
430 S. Capitol Street SE
Washington, D.C. 20003
(for deft DNC)

CONT'D

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. _____ |
|-----------|-----------|------------------------|
|           |           | PAGE ___ OF ___ PAGES  |

| DATE | NR. | PROCEEDINGS |
|------|-----|-------------|
|      |     |             |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 89-T-381-S |
|---|---|---|
| THOMAS HAWTHORNE; et al | JOHN BAKER, etc., et al | PAGE ___ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|

**COUNSEL CONT'D**

### DEFENDANTS

~~Jerry L. Thorton~~
~~P.O. box 759~~
~~Hayneville, AL 36040~~
~~(205) 548-2514~~
~~(for Lowndes County Democratic Executive~~
~~committee)~~

*Have settled →*

Philip H. Smith
P.O. Box 15
Talladega, AL 35160
(205) 362-3310
(for Talladega County Democratic Executive
Committee)

Alston Keith, Jr.
P.O. Box C
Selma, AL 36702
(205) 874-6617
(for Dallas County Democratic Executive
Committee)

Clifford W. Cleveland
925 South Memorial Drive
Prattville, AL 36067
(for Autauga County Democratic Executive
Committee)

*c/o. Hoyt
Filyaw —
988-7272*

Shelby Co. Democratic Executive Comm., pro se
131 Shady Circle
Montevallo, AL 35115

~~J. Holt Etheridge, pro se (Henry CDEC)~~
~~Rt. 2, Box 512~~
~~Abbeville, AL 36310~~

Winston Griggs
Henry Co. Dem. Executive Comm., pro se
~~Rt. 4, Box 512~~ 201 Forest St.
~~Abbeville, AL 36310~~ Headline, AL 36310

Raymond Bailey, Chair
Rt. 1, Box 101
Baileyton, AL 35019
796-2481
(for Cullman CDEC)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. _____ |
| | | PAGE ___ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
| --- | --- | --- |
| | | |

| PLAINTIFF | DEFENDANT | DOCKET NO. 89-T-381-S |
|-----------|-----------|------------------------|
| THOMAS HAWTHORNE; ET AL | JOHN BAKER; ET AL | PAGE ___ OF _____ PAGES |

| DATE | NR. | PROCEEDINGS |
|------|-----|-------------|

**COUNSEL CONT'D**

**DEFENDANTS**

James Harris, Chair
P. O. Box 213
Wedowee, AL 36278
357-4310
(for Randolph CDEC)

Dorman Walker
P. O. Box 78
Montgomery, AL 36101
834-6500-**FOR CDECs:**
Geneva, Madison, St.
Clair, Tuscaloosa,
Pickens,Chambers
Bibb, Montgomery,
Marion, Coffee,
Lawrence, Marengo,
Hale

Gary White
Star Rt. Box 270
Double Springs, AL
35553
(for deft. Winston
CDEC)

Jack Drake
P. O. Box 86
Tuscaloosa, AL 35402
759-1234
(for defts Hurley
& SDEC)

J. Milton Coxwell, Jr.
P. O. Box 625
Monroeville, AL 36461
(for Monroe CDEC)

Robert M. Seale
P. O. Box 273
Livingston, AL 35470
642-2701 — not working
(for Sumter CDEC)

Wallace H. Lindsey, III
126 S. Mulberry
Butler, AL 36904
(for Choctaw CDEC)

William T. Musgrove, Jr.
226 West Alabama St.
Florence, AL 35630
(for Lauderdale CDEC)

Lee B. Williams
P. O. Box 610
Grove Hill, AL 36461
(for deft. Clarke CDEC)

Joe Macon
207 Tuskeena St.
Wetumpka, AL 36092
567-8705
(for deft. Elmore CDEC)

James M. Prestwood
Court Square
Andalusia, AL
222-1151
(for deft. Covington CDEC)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| | | DOCKET NO. _____ |
| | | PAGE ____ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. 89-T-381-S |
|---|---|---|---|
| THOMAS HAWTHORNE; et al. | | JOHN BAKER, etc., et al. | PAGE 2 OF____ PAGES |

| 1989 DATE | NR. | PROCEEDINGS |
|---|---|---|
| Jun 6 | 19 | ORDER denying defendants John Baker, et al.'s motion to dismiss, etc., filed 5/8/89 and amended 5/24/89. (Copies mailed to counsel.) EOD 6/6/89. |
| 12 | 20 | ORDER that the **TRIAL of this cause is set for 11-29-89 at 9:00 a.m. in the 2nd floor courtroom of the federal courthouse in Montgomery**; that parties are allowed to 11-17-89 to complete discovery; that parties exchange lists of wintesses and exhibits by 11-3-89; that the **pretrial conference is set for 10-13-89 at 4:45 p.m. at the federal courthouse in Montgomery**; directing parties to submit at the time of the pretrial conference a jointly prepared pretrial order. (Copies mailed to counsel.) EOD 6-12-89. |
| 12 | 21 | Defendant Democratic Party of the U. S.'s request for extension of time to respond to complaint. (Affidavit attached.) Referred to Judge Thompson. |
| 16 | 22 | Notice of acceptance of service of process from Attny. James L. North on behalf of Democratic Party of the United States. |
| 22 | 23 | ORDER that defendant Democratic Party of the U. S.'s request for extention of time is granted to the extent that said defendant's 5-26-89 motion to dismiss is reset for submission, without oral argument on 7-10-89 with said defendant's brief and evidentiary materials due by 6-26-89 and plaintiffs' brief and evidentiary materials due by 7-10-89. (Copies mailed to counsel.) EOD 6-22-89. |
| 23 | 24 | Defendant Democaratic Part of the U. S.'s answer. Referred to Judge Thompson. |
| July 12 | 25 | ORDER that defendant Democratic Party of the US's motion to dismiss is denied. (Copies mailed to counsel.) EOD 7-12-89. |
| Sep 8 | 26 | Plaintiffs' motion for class certification. Referred to Judge Thompson. |
| 15 | 27 | ORDER that plaintiffs' motion for class certification filed 9-8-89 is set for submission, without oral argument, on 10-27-89, with plaintiffs' brief and evidentiary materials due by 10-16-89 and defendants' brief and evidentiary materials due by 10-27-89. (Copies mailed to counsel.) EOD (-15-89. |
| 18 | 28 | Plaintiffs' Notice of Deposition of the Democratic Party of the U. S. on 9-25-89 in Washington D. C. |
| 18 | 29 | Plaintiffs' Notice of Deposition of Howell Heflin, Ben Erdreich, Tom Bevill, Ronnie Flippo and Claude Harris in Washington D. C. |
| Oct 10 | 30 | Motion of Joe Reed for protective order and motion for quash./ Referred to Judge Thompson.           (Attachments.) |
| 10 | 31 | Motion of Alabama Democratic Conference for protective order and motion for quash. (Attachments.) Referred to Judge Thompson. |
| 10 | 32 | Motion of Jerome Gray for protective order and motion to quash. (Attachments.) Referred to Judge Thompson. |

| PLAINTIFF THOMAS HAWTHORNE; ET AL | DEFENDANT JOHN BAKER; ET AL | DOCKET NO. 89-T-381-S PAGE 3 OF ___ PAGES |
| --- | --- | --- |

| DATE 1989 | NR. | PROCEEDINGS |
| --- | --- | --- |
| Oct 10 | 33 | ORDER that all pretrial discovery matters which are now or hereafter pending in this case are referred to U. S. Magistrate Charles Coody for further proceedings and determination. (Copies mailed to counsel.) EOD 10-10-89. |
| 13 | 34 | Defendants' motion for stay or, in the alternative motion to dismiss without prejudice. Referred to Judge Thompson. |
| 16 | 35 | Magistrate Coody's ORDER that on or before 10-20-89 at 12:00 noon, counsel for defendants shall file a brief in support of their position re motions for protective order and motion to quash certain deposition notices; that on or before 10-24-89, at 12:00 noon, counsel for plaintiffs and counsel for movants may file a responsive brief. (Copies mailed to counsel and Atty. Seay.) |
| 17 | 36 | Plaintiffs' memorandum in support of motion for plaintiff and defendant class certification. Referred to Judge Thompson. |
| 18 | 38 | Defendants' motion for appointment of settlement judge. (Exhibits A-C attached.) Referred to Judge Thompson. |
| 19 | 39 | ORDER setting this cause for **NONJURY TRIAL, which is to last 2 days, on** 1-2-90 **at 10:00 a.m. in the 2nd fl courtroom, USDC, Montgomery**; that all understandings, agreements and stipulations contained in this order shall be binding on all parties unless an objection is filed within 7 days from the date of this order. (Copies mailed to counsel.) EOD 10-19-89. |
| 19 | 40 | ORDER that defendants' motion to stay or, in the alternative, motion to dismiss without prejudice, filed 10-13-89 is denied; that parties are allowed until 11-6-89 to file any dispositive motions accompanied by briefs and the evidence relied upon; that parties are allowed until 11-17-89 to exchange lists of witnesses and exhibits and until 12-15-89 to complete discovery; that plaintiffs are to file their trial brief by 12-15-89 and defendants are to do the same by 12-28-89. (Copies mailed to counsel.) EOD 10-19-89. |
| 20 | 41 | Defendant Democratic Party of the United States' motion to dismiss for failure to exhaust administrative remedies. (Affidavit attached.) Referred to Magistrate Coody. |
| 24 | *** 42 | Plaintiffs' motion to shorten time for response to discovery request directed to defendant Democratic Party of the U. S. (Attachment.) Referred to Magistrate Coody. |
| 24 | 43 | Brief of Ala. Democratic Conference, Joe Reed and Jerome Gray in support of motion for protective order and motion to quash. (Affidavit attached.) Referred to Magistrate Coody. |
| *** 20 | 41A | Defendants' brief in support of their subpoena duces tecum to the Alabama Democratic Conference, Jerome Gray and Joe Reed. (Exhibits A-C attached.) Referred to Magistrate Coody. |
| 27 | 44 | Magistrate Coody's ORDER granting the motions for protective order and motions to quash related to the production of financial information; denied in all other respects as moot. (Copy mailed to counsel.) |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. 89-T-381-6 |
|---|---|---|---|
| THOMAS HAWTHORNE: et al | | JOHN BAKER, ETC., ET AL | PAGE 4 OF____ PAGES |

| DATE 1989 | NR. | PROCEEDINGS |
|---|---|---|
| Oct. 27 | 45 | Defendants' memorandum in opposition to plaintiffs' motion for class certification. Referred to Magistrate Coody. |
| Nov 6 | 46 | Plaintiffs' brief in reply to defendants' memorandum in opposition to class certification. Referred to Magistrate Coody. |
| 6 | 47 | Magistrate Coody's ORDER that on or before 11-9-89, counsel for the Democratic Party of the U. S. notify this court whether the Democratic Party has any objection to plaintiffs' motion to shorten time for response to discovery request; directing the clerk to notify counsel by phone of the requirements of this order. (Copies mailed to counsel; notified telephonically.) |
| 9 | 48 | Defendant Democratic Party of the U. S.'s motion for an extension of time to file motion for summary judgment. Referred to Judge Thompson. |
| 9 | 49 | Defendant Democratic Party of the U. S.'s opposition to plaintiffs' motion to shorten time for response to discovery requests. Referred to Judge Thompson. |
| 9 | 50 | Motion of Attnys. Gale, Hawley, North, England, Russ and Espy to withdraw as counsel for defendant Democratic Party of the U. S. Referre dto Judge Thompson. |
| 9 | 51 | Notice of appearance of Vincent Cohen, Anthony L. Sutin, John C. Keeney and Roger L Patton as counsel for defendant Democratic Party of the U. S. Referred to Judge Thompson. |
| 9 | 52 | Defendants' (excepting the DPUS) motion for summary judgment. Referred to Judge Thompson. |
| 9 | 53 | Defendants' (excepting the DPUS) brief in support of motion for summary judgment. (Exhibits A-Q in separate binder.) Referred to Judge Thompson. |
| 13 | 54 | ORDER that state and local Democratic defendants' 11-9-89 motion for summary judgment and the Dem. Party of the U. S.'s 10-20-89 motion to dismiss for failure to exhaust administrative remedies are set for submission, without oral argument, on 11-30-89; directing plaintiffs to file their brief and evidentiary materials by said date; that defendants' 10-18-89 motion for appointment of settlement judge is denied at this time; that the Dem. Party of the U. S.'s 11-9-89 motion for extension of time is granted as requested; that the motion to withdraw filed by Attys. Gale, et. al., on 11-9-89 to the extent thay represent the Dem. Party of the u. S. is granted. (Copies mailed to counsel.) EOD 11-13-89. |
| 14 | 55 | Defendants' (except DPUS) motion to substitute corrected brief in support of motion for summary judgment motion. (Corrected copies furnished.) Referred to Judge Thompson. |

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE; ET AL | JOHN BAKER, etc.; ET AL | DOCKET NO. 89-T-381-S |
| | | PAGE 5 OF _____ PAGES |

| DATE 1989 | NR. | PROCEEDINGS |
|---|---|---|
| Nov 16 | 56 | Motion of David Schoen for admission pro hac vice of Attys. Vincent H. Cohen, John C. Keeney, Jr., L. Anthony Sutin and Roger L. Patton. Referred to Judge Thompson. |
| 16 | 57 | Notice of appearance of Atty. David Schoen as co-counsel for defendant Democratic Party of the U. S. ("Democratic National Committee"). |
| 16 | 58 | Defendant DPUS's motion for summary judgment on grounds of non-justiciability. Referred to Judge Thompson. |
| 16 | 59 | Defendant DPUS' memorandum of points and authorities in support of motion for summary judgment. (Attachment.) Referred to Judge Thompson. |
| 17 | 60 | Plaintiffs' list of witnesses and exhibits. |
| 20 | 61 | ORDER that defendant DPUS's 11-16-89 motion for summary judgment on grounds of non-justiciability is set for submission, without oral argument, on 11-30-89; directing plaintiffs to file their brief and evidentiary materials by said date; that the state and local defendants' 11-14-89 motion to subsitute corrected brief, etc., is granted; that defendant DPUS's 11-16-89 motion for admission pro hac vice of Attys. Cohen, Keeney, Sutin and Patton is granted. (Copies mailed to counsel.) EOD 11-20-89. |
| 22 | 62 | Defendant DPUS's objection to document production request #11 in plaintiffs' notice of deposition. Referred to Judge Thompson. |
| 22 | 63 | Defendant DPUS's supplemental memorandum of points and authorities in support of motion of defendant Democratic Party of the U. S. for summary judgment.(Exh. A attached.) Referred to Judge Thompson. |
| 27 | 64 | Plaintiffs' notice of deposition of Robert S. Vance on 12-5-89 in Birmingham, AL. (Deposition subpoena attached.) |
| 27 | 65 | Plaintiffs' motion for additional time to respond to motions for summary judgment. Referred to Judge Thompson. |
| 28 | 66 | Defendant DPUS's opposition to plaintiffs' motion for additional time to respond to motions for summary judgment. Referred to Judge Thompson. |
| 29 | 67 | Plaintiffs' motion to compel Democratic Party of the U. S. to produce documents at deposition on Dec. 8. (Exhibits A & B attached.) Referred to Magistrate Coody. |
| 29 | 68 | Plaintiffs' motion to compel Democratic Party of the U. S. to respond fully to interrogatories. (Exhibit A attached.) Referred to Magistrate Coody. |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE; ET AL | JOHN BAKER; ET AL | DOCKET NO. 89-T-381-S |
| | | PAGE 6 OF ____ PAGES |

| 1989 DATE | | NR. | PROCEEDINGS |
|---|---|---|---|
| Dec | 1 | 69 | ORDER granting plaintiffs' 11-27-89 motion for additional time. (Copies mailed to counsel.) EOD 12-1-89. |
| | 4 | 70 | Plaintiffs' amendment to list of witnesses and exhibits. |
| | 4 | 71 | Defendant DPUS's opposition to plaintiffs' motion to compel category II of documents at deposition. Referred to Magistrate Coody. |
| | 4 | 72 | Defendant DPUS's opposition to plaintiffs' motion to compel to respond more fully to interrogatories. Referred to Magistrate Coody. |
| | 5 | 73 | Plaintiffs' motion to file second amended complaint and amendment to motion for class certification. Referred to Magistrate Coody. |
| | 5 | 74 | Magistrate Coody's ORDER that plaintiffs' motion to compel DPUS to produce documents at deposition on 12-8-89 is denied as moot. (Copies mailed to counsel.) |
| | 5 | 75 | Letter from State defendants re Justice Department preclearance. (Attachment.) |
| | 7 | 76 | Defendant DPUS's supplemental response to plaintiffs' third discovery request. Referred to Magistrate Coody. |
| | 8 | 77 | ORDER that plaintiffs' 12-7-89 motion to file a second amended complaint is granted with said amendment being allowed without prejudice to any objections by the defendants; that the **TRIAL of this case is RESET for 1-16-90 at 9:00 a.m. in the 2nd fl courtroom, USDC, Montgomery**; that said trial will address those issues in the amended complaint that pertain to Alabama only; that plaintiffs' 9-8-89 motion for class certification, to the extent that it pertains to Alabama only, is set for an evidentiary hearing at the time of the trial; that plaintiffs are to file their trial brief by 1-2-90 and defendants are to do the same by 1-11-90; that parties are to submit to the court a new proposed pretrial order by 1-11-90; that defendants will be allowed until 12-21-89 to respond to plaintiffs' submissions on the pending motions to dismiss and for summary judgment; directing the clerk to notify counsel by telephone. (Copies mailed to counsel; notified telephonically.) EOD 12-8-89. |
| | 8 | 78 | PLAINTIFF'S SECOND AMENDED COMPLAINT. |
| | 8 | 79 | ORDER referring all matters relating to procedures and notice to the putative defendant class are referred to U. S. Magistrate Charles S. Coody. (Copies mailed to counsel.) EOD 12-8-89. |
| | 11 | 80 | Magistrate Coody's ORDER that plaintiff's motion to compel DPUS to more fully respond to interrogatories is denied as moot. (Copies mailed to counsel.) |

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE; ET AL | JOHN BAKER; ET AL | DOCKET NO. 89-T-381-S |
| | | PAGE 7 OF _____ PAGES |

| DATE 1989 | NR. | PROCEEDINGS |
|---|---|---|
| Dec 13 | 81 | Magistrate Coody's ORDER directing the clerk to serve on the chairperson of each county Democratic Executive Committee the notice attached to this order, by certified mail, return receipt requested. (Copies mailed to counsel and by CMRRR to chairpersons as designated in order [with attachment]). |
| 15 | 82 | Return receipt showing service of order and attachment of 12-13-89 on Cathy Emfinger on 12-14-89 for Joe Macon; on Dana Reeves (undated) for Broox Garrett, jr.; on Bettye Campbell on 12-14-89 for Cain Campbell; on Elizabeth Thompson on 12-14-89 for Nathan Hodges; on Mary Lou Linton on 12-14-89 for Michael E. Jones; on Cass Witherspoon on 12-14-89 for Judge Sammie C. Daniels; on ? Owens on 12-14-89 for Jackson W. Stokes; personal service on Skip Stacey on 12-14-89; personal service on R. P. Chisholm on 12-14-89; personal service on James H. Etheridge on 12-14-89; personal service on E. Bert Fuller on 12-14-89. (Maintained in separate envelope with file.) |
| 15 | 83 | Return receipt showing service of order and attachment of 12-13-89 on Ruth N. Teel on 12-14-89 for Robert Teel; personal service on Anne K. Pappas on (undated); personal service on Joe Kirkland on 12-14-89; personal service on Arthur Lane on 12-14-89; personal service on Wayne Ward on (undated); on Doug Mims on 12-14-89 for Judge Bobby Martin; ; on Kelli Grocholski on 12-14-89 for Louise P Moore; on Rebecca Ivey on 12-14-89 for Pat Tate; on Kathryn White on 12-14-89 for Gary White; personal service on C. A. Haynes on 12-14-89; on Megan Spann on 12-14-89 for W. A. Ellis; on M. Thompson on 12-14-89 for William Musgrove, Jr.; on Peggy G. Britnell on 12-14-89 for Hon. Wanda Upchurch; on (signature illegible) on 12-14-89 for Robert Echols; on Carol Estes on 12-14-89 for Bert Estes; on Christy Church and E. White on 12-14-89 for Charles Robinson; on J. W. Spearman on 12-14-89 for Jim Spearman; on Bobbi Brothers on 12-14-89 for Randall Brothers. (Maintained in sepaprate envelope with file.) |
| 15 | 84 | State and local defendants' motion to expedite discovery. (Attachment .) Referred to Magistrate Coody. |
| 15 | 85 | Magistrate Coody's ORDER granting state and local defendants' motion to expedite discovery; that plaintiffs may file any objections to the granting of this motion not later than noon on 12-20-89; that if written objections are filed, counsel for plaintiff shall notify counsel for defendants and shall arrange a conference call between counsel for all parties and the court for 4:00 p.m. on 12-20-89. (Copies mailed to counsel.) |
| 15 | 86 | Defendant DPUS's motion to dismiss second amended complaint. Referred to Judge Thompson. |
| 15 | 87 | Defendant DPUS's memorandum of points and authorities in support of motion to dismiss second amended complaint. Referred to Judge Thompson. |

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE; ET AL | JOHN BAKER; ET AL | DOCKET NO. 89-T-381-S<br>PAGE 8 OF ___ PAGES |

| DATE 1989 | NR. | PROCEEDINGS |
|---|---|---|
| Dec 18 | 88 | Plaintiffs' opposition to defendants' motions for summary judgment. Referred to Judge Thompson. |
| 18 | 89 | Plaintiffs' brief opposing defendants' motions for summary judgment and dismissal for failure to exhaust remedies. (Affidavits, transcripts in separate binder.) Referred to Judge Thompson. |
| 18 ** | 90 | Return receipt showing service of order and attachment of 12-13-89 on V. Thomas on 12-15-89 for Jeff Miller; personal service on J. B. Money on (undated); personal service on James H. Clary on 12-15-89; on Marjorie T. Padgett on 12-15-89 for Young Padgett; on Kim McKinley on 12-14-89 for Edmon McKinley; on Stephanie Tews on 12-15-89 for Ann Nichols; personal service on Hoyt Filyaw on 12-15-89; personal service on Robert (Bobby) G. Edwards on 12-14-89; personal service on John A. Hughes, Jr. on (undated); on Ashley Anderson on 12-15-89 for Michael Gillion; personal service on Robert O. Lott on (undated); personal service on Wade H. Baxley on (undated); on D.Y.Callahan on 12-15-89 for Tommy Smith; on Jane Maples on 12-14-89 for Mack Maples; personal service on Roy Fred Durham on 12-15-89; personal service on Earl Goodwin (The Honorable E. Goodwin) on 12-16-89; personal service on C. Deer (Charlie Deer) on 12-15-89; personal service on Reggie Spraggins on 12-16-89; personal service on James M. Prestwood on 12-14-89; personal service of 12-15-89 for Garria Spencer; personal service on Tommie Hollingsworth on 12-15-89; on J. Hammond on 12-14-89 for Burton Beck; on Rita Hewlett on 12-15-89 for Marcel Black; personal service on Ronald Dillashaw on (undated). (Maintained in separate envelope with file.) |
| 19 | 91 | Defendant DPUS's reply in support of motion for summary judgment on grounds of nonjusticiability and renewed motion for §1292 certification. Referred to Judge Thompson. |
| ** 18 | 90A | Plaintiff's letter to court re corrections to plaintiffs' brief opposing summary judgment. |
| 19 | 92 | Return receipt showing service of order and attachment of 12-13-89 on ? Seaborn on (undated) for Eli seaborn; on Rose Martin on 12-15-89 for W. H. Lindsey; on Denise Conaway on 12-15-89 for Tom Woodall; personal service on John C. Young on 12-16-89. (Maintained in separate envelope with file.) |
| 20 | 93 | Return receipt showing service of order and attachment of 12-13-89 on Dedi Frazier on 12-18-89 for Joel Robinson; on Penney Parham on 12-18-89 for Jerry Parham; personal service on F. N. Nixon on 12-15-89; personal service on Omar Campbell on 12-18-89; on C. B. Boswell on I2-18-89 for Richard Hartley. (Maintained in separate envelope with file.) |
| 21 | 94 | Return receipt showing service of order and attachment of 12-13-89 on Kim Kilgore on 12-20-89 for Glenn Kilgore; on Larry Burks on (undated) for Amy King Burks; personal service on Rex Avery on 12-15-89. |

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE; ET AL | JOHN BAKER; ET AL | DOCKET NO. 89-T-381-S<br>PAGE 9 OF ____ PAGES |

| DATE<br>1989 | NR. | PROCEEDINGS |
|---|---|---|
| Dec 21 | 95 | State and local defendants' reply to plaintiffs' brief opposing summary judgment and dismissal. Referred to Judge Thompson. |
| 21 | 96 | Notice of appearance of Doman Walker as counsel for Madison Co. Democratic Executive Committee and other such executive committees as shall be identified in an objection to be filed 12-28-89. |
| 22 | 97 | Shelby County Democratic Executive Committee's objection to inclusion in class. Referred to Judge Thompson. |
| 22 | 98 | Fournier Gale III and Gregory Hawleys' motion to withdraw as counsel for John Baker, the State Democratic Executive Committee of Alabama, J. Holt Etheridge, and the Henry County Democratic Executive Committee. Referred to Judge Thompson. |
| 22 | 99 | Defendants' John Baker and the State Democratic Executive Committee of Alabamas' motion to dismiss second amended complaint. Referred to Judge Thompson. |
| 22 | 100 | Defendants John Baker and the State Democratic Executive Committees' list of witnesses and exhibits. Referred to Judge Thompson. |
| 27 | 101 | Defendant Talladega County Democratic Executive Committee's objection to inclusion in class and motion for exclusion from class. Referred to Judge Thompson. |
| 27 | 102 | Defendant Eli Seaborn, Chairman of the Lowndes County Democratic Executive Committee, motion for determination against class action. Referred to Judge Thompson. |
| 27 | 103 | Defendant County Democratic Executive Committee's motion to continue evidentiary hearing set for 1/2/90. Referred to Judge Thompson. |
| 28<br>28 | 104 | ORDER granting defendant County Democratic Executive Committee's motion to continue evidentiary hearing; resetting the evidentiary hearing scheduled for 1-2-90 to 1-8-90 at 10:00 a.m. in the second floor courtroom, U.S. Courthouse and Federal Bldg., Montgomery, AL. (Copies mailed to counsel.) EOD: 12-28-89 |
| 28 | 105 | CDECs objection to certification of a putative defendant class. Referred to Judge Thompson. |
| 28 | 106 | Defendant Autauga County Democratic Executive Committee's objection to putative defendant class by the Autauga County Democratic Executive Committee. Referred to Judge Thompson. |
| 29 | 107 | Defendant Dallas County Democratic Executive Committee's answer and motion for intervention filed on behalf of Dallas County Democratic Executive Committee concerning putative class notice. Referred to Judge Thompson. |

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE; et al | JOHN BAKER; et al | DOCKET NO 89-T-381-S<br>PAGE 10 OF ____ PAGES |

| DATE<br>1989 | NR. | PROCEEDINGS |
|---|---|---|
| Dec 29 | 108 | Hon. Dorman Walker's motion for leave to withdraw as counsel and to withdraw objection. Referred to Judge Thompson. |
| 29 | 109 | Defendant Democratic Party of the United States' motion to modify scheduling order and to preserve logical determination of issues. Referred to Judge Thompson. |
| 29 | 110 | ORDER setting a hearing on defendant Democratic Party of the United States' motion to modify scheduling order and to preserve logical determination of issues for 4:00 p.m., 1-2-90 in the second floor courtroom, U.S. Courthouse and Federal Bldg., Montgomery, AL (Copies mailed to cousnel.) |
| **1990**<br>Jan 2 | 111 | Plaintiff's pretrial brief. (Attachments.) Referred to Judge Thompson. |
| 2 | 112 | Return receipt showing personal/service of order and attachment of 12-13-89 on David S. Herring on (undated). (Maintained in separate envelope with file.) |
| 2 | 113 | Defendant DPUS's supplemental memorandum re constitutional defect in plaintiffs' proposed class definition. Referred to Judge Thompson. |
| 2 | 114 | Plaintiff's motion for leave to withdraw request for certification of nationwide plaintiff class. Referred to Judge Thompson. |
| 3 | 115 | Motion of Dale Co. Democratic Executive Committee to object/ & objection to inclusion in class. (Attachment.) Referred to Judge Thompson. |
| 3 | 116 | State and Co. defendants' motion to compel answers to interrogatories. (Exhibits A-C attached.) Referred to Magistrate Coody. |
| 4 | 117 | ORDER that plaintiffs' 1-2-90 motion for leave to withdraw their request for certification of a nationwide plaintiff class is granted. (Copies mailed to counsel.) EOD 1-4-90. (Copies also mailed to Henry and Shelby Co. Exec. Comms. and J. Holt Etheridge.) |
| 4 | 118 | ORDER that the motion of defendant Democratic Party of the U. S.'s to modify scheduling order, etc. filed 12-29-89 is denied. (Copies mailed to counsel.) EOD 1-4-90. (Copies also mailed to Henry and Shelby Co. Exec. Comms. & J. Holt Etheridge.) |
| 4 | 119 | ORDER that the motion to withdraw filed 12-22-89 by Attys. Gale, et. al., is granted. (Copies mailed to counsel.) EOD 1-4-90. (Copies also mailed to Henry & Shelby Co. Exec. Comms. & J. Holt Etheridge.) |
| 4 | 120 | ORDER granting Atty. Dorman Walker's 12-29-89 motion for leave to withdraw as counsel for , and to withdraw an objection filed on behalf of, the Shelby Co. Demo. Exec. Comm. (Copies mailed to counsel, Shelby Co. Dem. Exec. Comm., Henry Co. Dem. Exec. Comm. & J. Holt Etheridge.) EOD 1-4-90. |
| 4 | 121 | ORDER that the Dale Co. Democratic Exec. Comm. be included as among those county Democratic executive committees that filed an objection to certification of a putative defendant class on 12-28-89. (Copies mailed to counsel, Henry & Shelby Co. Exec. Comms. & J. Holt Etheridge.) EOD 1-4-90. |

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE; et al. | JOHN BAKER; et al. | DOCKET NO. 89-T-381-S<br>PAGE 11 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| Jan. 4<br>* | 122 | Defendant Marengo County Democratic Executive Committee's motion to object & objections to certification of a putative defendant class (with attachment). Referred to Judge Thompson. |
| 5 | 123 | Magistrate Coody's ORDER that the motion to compel answers to interrogatories numbers 1 & 2 is denied; that on or before 1-10-90 plaintiffs shall identify to defendants the scholarly works upon which their expert witnesses will rely at trial; that on or before 1-10-90, plaintiffs shall set forth principal facts which they will present at trial and which they contend will support their Section 2 "intent" or their Section 2 "effect" or "results" claim as further set out; that the motion to compel answers to interrogatories 14 & 15 is denied. (Copies mailed to counsel and pro se defendants.) |
| * 4 | 122a | Philip H. Smith's motion for admission pro hac vice. Receipt No. 35821. Referred to Judge Thompson. |
| 5 | 124 | ORDER that the Marengo Co. Democratic Executive Committee be included as among those county Democratic executive committees that filed an objection to certification of a putative defendant class on 12-28-89. (Copies mailed to counsel and pro se defendants.) EOD 1-5-90. |
| 8 | 125 | ORDER granting Att. Philip Smith's motion for admission pro hac vice. (Copies mailed to counsel.) EOD 1-8-90. |
| 8 | 126 | Notice of appearance of Leslie Proll as co-counsel for plaintiffs. |
| 8 | 127 | Plaintiffs' request for judicial notice. Referred to Judge Thompson. |
| 8 | | **HEARING ON CLASS CERTIFICATION.** |
| 8 | 127A | Courtroom deputy's minutes, witness list and exhibit list.. **Exhibits in separate envelope with file.** |
| 8 | | Service returned unexecuted of order and attachment of 12-13-89 on Lucius Amerson with notation, "No response". (Maintained in separate envelope with file.) |
| 9 | | Service returned unexecuted of order and attachment of 12-13-89 on Vernon Medders with notation, "Unclaimed". (Maintained in separate envelope with file.) |
| 9 | 128 | Plaintiffs' motion for protection with respect to expert's deposition. Referred to Judge Thompson. |
| 9 | 129 | Defendant DPUS's pretrial brief. Referred to Judge Thompson. |
| 9 | 130 | Magistrate Coody's ORDER that the deposition of Dr. Beitz shall be convened on 1-12-90 at 1:00 p.m. in Birmingham, AL or at such other time as counsel for parties may agree and shall continue to, but not later than 6:30 p.m. on 1-12-90. (Copies mailed to counsel.) |
| 9 | 130A | Deft Madison Co Exec Comm, et al's ltr response to plaintiffs' memo on certification of CDECS. |

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE; ET AL | JOHN BAKER; ET AL | DOCKET NO. 89-T-381-S<br>PAGE 12 OF ____ PAGES |

| DATE 1990 | NR. | PROCEEDINGS |
|---|---|---|
| Jan 10 | 131 | Defendant Executive Committee of the Democratic Part of Covington Co., AL's offer of judgment. Referred to Judge Thompson. |
| 10 | 132 | Defendant DPUS's motion in limine to exclude hearsay. (Exhibit 1 attached.) Referred to Judge Thompson. |
| 10 | 133 | Motion of Dorman Walker to withdraw as counsel for Talladega Co. Dem. Exec. Comm. Referred to Judge Thompson. |
| 10 | 134 | Defendant Elmore CDEC's motion to object and objection to certification of a putative defendant class. Referred to Judge Thompson. |
| 10 | 135 | Motion of identified CDEC's for an order allowing interlocutory appeal and to stay proceedings against CDECS. Referred to Judge Thompson. |
| 11 | 136 | Plaintiffs' response to Magistrate's order of 1-5-90. Referred to Magistrate Coody. |
| 11 | 137 | Plaintiffs' second amendment to list of witnesses and exhibits. Referred to Judge Thompson. |
| 11 | 138 | Plaintiffs' motion to compel answers to discovery request to defendants. Referred to Magistrate Coody. |
| 11 | 139 | Magistrate Coody's ORDER that plaintiff's motion to shorten time, etc. filed 10-24-89 is denied as moot. (Copies mailed to counsel and pro se defendants.) |
| 11 | 140 | Defendant DPUS' opposition to plaintiffs' request for judicial notice. Referred to Judge Thompson. |
| 11 | 141 | ORDER that the motion to withdraw as counsel for Talladega CDED filed by Dorman Walker is granted. (Copies mailed to counsel and pro se defendants.) EOD 1-12-90. |
| 12 | 142 | ORDER that the motion to dismiss for failure to exhaust administrative remedies filed by defendant DPUS on 10-20-89 is denied; that the motion for summary judgment filed by all defendants, except DPUS, on 11-9-89 is denied; that the motion for summary judgment filed by defendant DPUS on 11-16-89 is denied; that the motion to dismiss the second amended complaint filed by defendant DPUS on 12-15-89 is denied. (Copies mailed to counsel and pro se defendants.) EOD 1-12-90. |
| 12 | 143 | ORDER that the requests for certification of appeal filed by defendant DPUS on 11-16-89 and 12-19-89 are denied. (Copies mailed to counsel and pro se defendants.) EOD 1-12-90. |
| 12 | 144 | ORDER that Elmore CDED is included as among those county Dem. exec. committees that filed objections to certification of a putative defendant class. (Copies mailed to counsel and pro se defendants.) EOD 1-12-90. |
| 12 | 145 | Magistrate Coody's ORDER denying plaintiff's 1-1-90 motion to compel. (Copies mailed to counsel and pro se defendants.) |

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE; ET AL | JOHN BAKER; ET AL | DOCKET NO. 89-T-381-S <br> PAGE 13 OF ____ PAGES |

| DATE 1990 | NR. | PROCEEDINGS |
|---|---|---|
| Jan 12 | 146 | AMENDED PRETRIAL ORDER. (copies mailed to counsel and pro se defendants.) EOD 1-12-90. |
| 12 | 147 | Plaintiffs' objections to defendant DPUS's motion in limine to exclude hearsay. Referred to Judge Thompson. |
| 12 | 148 | Defendant DPUS's supplemental motion in limine to exclude hearsay. Referred to Judge Thompson. |
| 12 | 149 | Defendant DPUS's **Notice of Appeal** to the U. S. Court of Appeals, Eleventh Circuit from the Orders (2) entered 1/12/90. (Copies mailed to David Schoen with appeal information sheet; Terry G. Davis; James U. Blacksher & John C. Falkenberry; Edward Still; Fournier J. Gale, III & Gregory H. Hawley; John H. England; Joseph C. Espy; Dorman Walker; James L. North & Susan E. Russ; and certified copies to USCA, Eleventh Circuit with copies of Orders appealed from and docket entries.) [Copies of docket entires, notice of appeal and 2 orders FAXED to USCA.] |
| 12 | 150 | ORDER granting the motion to intervene filed by Dallas CDEC on 12-29-89. (Copies mailed to counsel and pro se defendants.) EOD 1-12-90. |
| 12 | 151 | ORDER that plaintiffs' motion for certification of a defendant class, filed 9-28-89, is granted; that a class consisting of all 67 County Democratic Executive Committees of the State of Alabama is provisionally certified as a defendant class, to be represented by namded defendants Dallas CDEC, Henry CDEC and State Dem. Exec. Comm. of Alabama; that any one of the CDECs that has objected to class certification and that desires to intervene in this cause and put forward relevant, material and admissible evidence which is not otherwise being presented by defendant Henry CDEC, Dallas CDEC, and the State Dem. Exec. Comm at the trial on liability, may do so forthwith; that the objecitons to class certification filed by those Alabama counties as set out in order are overruled; and that the Lowndes CDEC's motion for determination against class action is treated as an objection to defendant class certification and is denied. (copies mailed to counsel and pro se defendants.) EOD 1-12-90. |
| 12 | 152 | ORDER that the motion to dismiss second amended complaint filed 12-22-89 by defendant State Democratic Executive Committee, is denied. (Copies mailed to counsel and pro se defendants.) EOD 1-12-90. |
| 12 | 153 | ORDER that the motion for certification of appeal and stay filed by 45 County Democratic Executive Committees on 1-10-90, is denied. (Copies mailed to counsel and pro se defendants.) EOD 1-12-90. |
| 12 | 153A | State defendants' trial brief. (Exhibits A-C attached.) Referred to Judge Thompson. |

| PLAINTIFF | DEFENDANT | DOCKET NO. 89-T-381-S |
|-----------|-----------|------------------------|
| THOMAS HAWTHORNE; ET AL | JOHN BAKER; ET AL | PAGE 14 OF ___ PAGES |

| 1990 DATE | NR. | PROCEEDINGS |
|------|-----|-------------|
| Jan 12 | 154 | Deft. State Dem. Exec. Comm.'s amended list of witnesses and exhibits.  Referred to Judge Thompson. |
| 12 | 154A | Deft. State Dem Exec Comm's amended list of witnesses and exhibits. Ref to Judge Thompson |
| 16 | 155 | Defendants Baker and State Dem. Exec. Comm.'s motion in limine to exclude hearsay. (Attachments.)  Referred to Judge Thompson. |
| 16 | 156 | Defendants Baker and State Dem. Exec. Comm.'s motion in limine to exclude certain testimony of plaintiff's expert witness, Gordon Henderson.  (Attachment.)  Referred to Judge Thompson. |
| 16 | 157 | Defendants Baker and State Dem. Exec. Comm.'s request for judicial notice.  Referred to Judge Thompson. |
| 16 | 158 | Defendants Baker and State Dem. Exec. Comm.'s motion in limine to exclude testimony of plaintiff's expert witness, Charles R. Beitz.  (Attachments.)  Referred to Judge Thompson. |
| 16 | 159 | Defendants Baker and State Dem. Exec. Comm.'s amended motion to dismiss/suggestion of mootness.  (Exhibit A attached.)  Referred to Judge Thompson. |
| 16 | 160 | Motion of Jerry Thornton to withdraw as counsel for Lowndes CDEC and Chairman Seaborn.  Referred to Judge Thompson. |
| 16 | 161 | County Dem Exec Committees' motion to reconsider the 1-12-90 order.  (Attachments 1-4 in separate binder.)  Referred to Judge Thompson. |
| 16 | | **NON-JURY TRIAL COMMENCES.** |
| 17 | 162 | ORDER that defendants Baker and the State Dem. Exec. Comm.'s amended motion to dismiss is denied; that the issue of suggestion of mootness is carried with the case; that defendant DPUS's 1-10-90 motion in limine to exclude hearsay is denied; that defendant DPUS's 1-12-90 supplemental motion in limine to exclude hearsay is denied; that defendants Baker and State Dem. Exec. Comm.'s 1-16-90 motion in limine to exclude testimony of expert witness Charles Beitz is denied; that defendants Baker and State Dem. Exec. Comm.'s 1-16-90 motion in limine to exclude certain testimony of expert witness Gordon Henderson is denied; that defendants Baker and State Dem. Exec. Comm.'s 1-16-90 motion to exclude hearsay is denied; that the issues raised by these motions will be considered at the time the evidence is proffered to the court.  (Copies mailed to counsel an⁺ pro se defendants.)  EOD 1-17-90. |
| 17 | 163 | ORDER that Atty. Jerry Thornton's 1-16-90 motion to withdraw as counsel is granted. (Copies mailed to counsel and pro se defendants.)  EOD L-17-90. |
| 17 | 164 | ORDER that the motion to reconsider filed 1-16-90 is denied.  (Copies mailed to counsel and pro se defendants.)  EOD 1-17-90. |
| 17 | 165 | Motion of Atty. Alston Keith, Jr.'s to withdraw as counsel for Dallas CDEC. Referred to Judge Thompson. |

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE, et al. | JOHN BAKER, et al. | DOCKET NO. 89T-381-S<br>PAGE 15 OF ____ PAGES |

| DATE 1990 | NR. | PROCEEDINGS |
|---|---|---|
| Jan. 19 | | Received copy of ORDER (entered 1-16-90) of the U. S. Court of Appeals, Eleventh Circuit DENYING the petition for writ of mandamus. [90-7032] |
| 19 | | Received copy of ORDER (entered 1-16-90) of the U. S. Court of Appeals, Eleventh Circuit that petitioner's emergency motion to stay pending appeal is MOOT. [90-7032]. |
| 19 | 166 | Defendant DPUS' answer and affirmative defenses to plaintiffs' second amended complaint. Referred to Judge Thompson. |
| 22 | 167 | ORDER that the motion to withdraw filed by Hon. Alston Keith, Jr. is denied. (Copies mailed to counsel and pro se defendants.) EOD 1-22-90. |
| 25 | 168 | Certified copy of ORDER (entered 1-16-90) of the U. S. Court of Appeals, Eleventh Circuit DENYING the petition for writ of mandamus. |
| 25 | 169 | Certified copy of ORDER (entered 1-16-90) of the U. S. Court of Appeals, Eleventh Circuit that petitioner's emergency motion to stay pending appeal is MOOT. |
| 25 | 170 | State defendants' motion to quash subpoena. (Attachment.) Referred to Judge Thompson. |
| 29 | 171 | Defendant DPUS' opposition to plaintiffs' motion for reconsideration of Rule 41(b) dismissal of claims against defendants DPUS. Referred to Judge Thompson. |
| 29 | 172 | Plaintiffs' motion for reconsideration of rule 41(b) dismissal of claims against defendant DPUS. Referred to Judge Thompson. |
| 29 | 173 | Magistrate Coody's ORDER that the motion to quash subpoena is granted. (Copies mailed to counsel and pro se defendants.) |
| 31 | | **NON-JURY TRIAL ENDS.** |
| Feb 1 | 174 | Courtroom deputy's minutes and witness list. |
| 1 | 175 | ORDER that plaintiffs' 1-29-90 motion for reconsideraiton of Rule 41(b) dismissal of claims against defendant DPUS is denied. (Copies mailed to counsel and pro se defendants.) EOD 2-1-90. |
| 1 | 176 | ORDER that plaintiffs' post trial brief is due by 2-14-90; that defendants' post-trial brief is due by 2-21-90. (Copies mailed to counsel and pro se defendants.) EOD 2-1-90. |
| 8 | 177 | Official court reporter's transcript of the full testimony of Michael Figures and Hank Sanders and the direct examination of Ronald Weber and Natalie Davis and colloquy between the court and counsel before Judge Myron H. Thompson on Jan. 18, 29, 30 & 31, 1990. Referred to Judge Thompson. |
| 9 | 178 | State defendants' motion to limit testimony offered by deposition to supplement the trial record. Referred to Judge Thompson. |

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE; ET AL | JOHN BAKER; ET AL | DOCKET NO. 89-T-381-S |
| | | PAGE 16 OF ____ PAGES |

| DATE 1990 | NR. | PROCEEDINGS |
|---|---|---|
| Feb 9 | 179 | ORDER that the motion to limit testimony, etc., filed by the state defendants is denied; directing the clerk to notify counsel by phone. (Copies mailed to counsel and pro se defendants; notified telephonically.) EOD 2-9-90. |
| 9 | 180 | Plaintiffs' and Talladega CDEC's joint motion for notice and approval of proposed compromise and settlement. Referred to Judge Thompson. |
| 12 | | Clerk's Notice to Class. |
| 12 | 181 | FIRST ORDER TENTATIVELY APPROVING COMPROMISE AND REQUIRING NOTICE TO THE CLASS, RE: TALLADEGA CDEC that the defendant cause the notice attached to this order to be published in the _Daile Home_ once a week for three successive weeks prior to 3-16-90; that copies of the attached notice be provided by defendant to representatives of 11 local media and to any black community organizations who may request a copy thereof; that thereafter on 3-22-90 at 3:00 p.m., this court shall conduct a hearing in the federal courthouse in Montgomery, AL to consider objections by members of the class to the proposed compromise and settlement. (Copies mailed to counsel with copy of Notice to Class.) EOD 2-12-90. |
| 14 | 182 | Official court reporter's transcript of the cross examination of Natalie Davis and the cross examination of Ronald Weber before Judge Myron Thompson on January 29 & 31, 1990. Referred to Judge Thompson. |
| 15 | 183 | Plaintiffs' post-trial brief. (Attachment.) Referred to Judge Thompson. |
| 21 | 184 | Plaintiffs' and Defendants' STIPULATION. Referred to Judge Thompson. |
| 22 | 185 | State Party Defendants' Post-Trial BRIEF. (In separate binder.) Referred to Judge Thompson. |
| 26 | 186 | Defendant DPUS's motion for partial summary judgment on plaintiffs' remaining nationwide allegations and request for nationwide relief against it. Referred to Judge Thompson. |
| 26 | 187 | Defendant DPUS's memorandum of points and authorities in support of motion for partial summary judgment, etc. Referred to Judge Thompson. |
| Mar 2 | 188 | Plaintiffs' reply to state party defendants' post-trial brief. Referred to Judge Thompson. |
| 2 | 189 | Plaintiffs' motion for in camera proceeding. (Accompanying documents filed under seal.) Referred to Judge Thompson. |
| 8 | 190 | Post-trial deposition of Dr. Gordon Henderson. (Maintained in separate binder.) Referred to Judge Thompson. |

– OVER –

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE; ET AL | JOHN BAKER; ET AL | DOCKET NO. 89-T-381-S |
| | | PAGE 17 OF _____ PAGES |

| 1990 DATE | NR. | PROCEEDINGS |
|---|---|---|
| Mar 12 | 191 | Democratic Party's Section 5 submission of the Figures Amendment. (Maintained in separate binder.) |
| 12 | 192 | Corrected post-trial deposition of Dr. Gordon Henderson. (Maintained in separate binder.) Referred to Judge Thomposn. |
| 15 | 193 | ORDER granting plaintiffs' 3-2-90 motion for in camera inspection as follows: (1) directing the clerk of the court to file the plaintiffs' motion to reopen evidence, (2) directing defendants to file by 3-21-90 written responses as to whether the motion should be granted. (Copies mailed to counsel.) |
| 15 | 194 | ORDER denying without prejudice defendant Democratic Party of the United States' motion for partial summary judgment. (Copies mailed to counsel.) |
| 15 | 195 | Plaintiffs' motion to reopen evidence (attachments). |
| 19 | 196 | Notice of appearance of Atty. Fred D. Gray as additional counsel for plaintiffs. |
| 19 | 197 | State party defendants' letter in opposition to plaintiffs' motion to reopen evidence. |
| 20 | 198 | Defendants' Baker and State Democratic Exec. Comm.'s brief in opposition to plaintiffs' motion to reopen evidence. Referred to Judge Thompson. |
| 22 | 199 | Plaintiffs' motion for convening of three-judge court and injunction against violation of Section 5 of the Voting Rights Act. Referred to Judge Thompson. |
| 26 | 200 | Plaintiffs' reply to state party defendants' brief in opposition to motion to re-open evidence. Referred to Judge Thompson. |
| 26 | 201 | **DESIGNATION OF THREE-JUDGE COURT** rendered 3-23-90 by the Hon. Gerald Bard Tjoflat, Chief Judge of the Eleventh Circuit; designating Circuit Judge Frank M. Johnson Jr., and Chief District Judge Truman H. Hobbs to serve with Judge Myron H. Thompson to hear and determine the action in this cause. (Copies mailed to counsel; furnished to Judges Thompson, Hobbs and Johnson.) |
| Apr 2 | 202 | INTERIM ORDER ALLOWING ELECTION OF TALLADEGA CDEC enjoining the defendant, its agents, etc. from conducting the elctions for the Talladega CDEC under the present election systme; further ENJOINING as follows: that elections for the Talladega CDEC shall be conducted from districts to be drawn by defendant and shall be comprised of members as set out in order; that said members from each precinct shall be elcted by cumulative voting with male and female candidates running in separate groups in each district as further set out; that notwithstanding the foregoing, vacancies on the County Committee may be filled by action of the County Committee in such a manner as to preserve representation for districts, equal division between men and women and full and fair representation for blacks; that members shall continue to have 4 yr terms; that elections for all districts shall be conducted at the Democratic primary election to be held on 6-5-90; that defendant will ddopt and implement a plan to assign voters to the districts provided for in this decree as quickly as possible; that this order may be modified at a later time if the jurisdiction does not receive final approval of its settlemen proposal. (Copies mailed to counsel and pro se defendants; furnished Judges Hobbs and Johnson.) EOD 4-4-90. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE; ET AL | JOHN BAKER; ET AL | DOCKET NO. 89-T-381-S<br>PAGE ___18___ OF _____ PAGES |

| 1990 DATE | | NR. | PROCEEDINGS |
|---|---|---|---|
| Apr | 2 | 203 | ORDER that a **status conference is set for 4-3-90 at 4:45 p.m.** regarding the matters now pending before the three-judge court; directing the clerk to notify counsel by phone. (Copies mailed to counsel and pro se defendants; furnished to Judges Hobbs and Johnson.) EOD 4-4-90. |
| | 10 | 204 | Copy of plaintiff's letter objection to preclearance of the subject rule adopted by the State Democratic Executive Committee on 1-13-90. |
| | 11 | 205 | Defendant SDEC's response to plaintiffs' motion for convening of three-judge court and injunction against violation of section 5 of the voting rights act. Referred to Judge Thomp008n. |
| | 11 | 206 | Defendants Baker and State Party defendants' letter brief re the "Old Rule" and Section 2 of the Voting Rights Act. Referred to Judge Thompson. |
| | 17 | 206A | Pltfs' ltr response to defts' response to pltfs' 3-judge court motion. |
| | 19 | 207 | Plaintiffs' motion for order requiring response to discovery to class members. (Attachment.) Referred to Judge Thompson. |
| | 20 | 207A | Defts SDEC's ltr as to status of submission to Justice Department. (Exh A-F att.) |
| | 20 | 207B | Pltfs' ltr re submission to Justice Department. |
| | 24 | 208 | CDECS objection to plaintiffs' motion for order requiring response to discovery to class members. Referred to Judge Thompson. |
| | 27 | 209 | Plaintiffs' response to CDEC objection to discovery. Referred to Judge Thompson. |
| May | 9 | 210 | Plaintiffs' motion to present additional evidence. (Attachments.) Referred to Judge Thompson. |
| | 17 | 211 | CDEC's (not represented by Atty. Dorman Walker) letter response/objection to plaintiffs' discovery request in the Section 5 lawsuit. Referred to Judge Thompson. |
| | 21 | 212 | Received copy of letter from Asst. Attorney General John Dunne and Acting Chief of Voting Section Barry Weinberg to counsel for Baker and State Dem. Comm. re Figures Amendment. |
| | 22 | 213 | Defendant SDEC's submission of en banc decision of the Eleventh Circuit Court of Appeals in Solomon v. Liberty County. |
| | 29 | 214 | ORDER that defendant CDEC's 4-24-90 objection to discovery is overruled. (Copies mailed to cousnel.) EOD 5-29-90. |
| | 29 | 215 | ORDER that plaintiff's motion for order requiring response to discovery, filed 4-19-90, is granted to the extent that each CDEC served with a copy of this order shall respond to the discovery of the plaintiffs within 14 days of receipt of this order and the plaintiffs' discovery. (Copies mailed to counsel.) EOD 5-29-90. |
| | 29 | 216 | ORDER that the **§5 claims now pending before the three-judge court are set for oral argument on 7-20-90, 10:00 a.m., 2nd fl courtroom, USDC, Montgomery**; that parties are allowed until 6-18-90 to complete discovery; directing plaintiffs to submit their brief and evidentiary materials by 6-22-90; directing defendants to submit their briefs and evidentiary materials by 7-6-90; that plaintiffs may file a reply brief by 7-13-90; that this case will be submitted on briefs, depositions, documents and other evidentiary materials. (Copies mailed to counsel.) EOD 5-29-90. |

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE: ET AL | JOHN BAKER; ET AL | DOCKET NO.89-T-381-S |
| | | PAGE 19 OF ____ PAGES |

| DATE 1990 | NR. | PROCEEDINGS |
|---|---|---|
| May 29 | 217 | Summons issued; summons returned to counsel for plaintiff for service w/complaint on defendants. |
| June 1 | 218 | Government's response to Section 5 filed 3/12/90 (in letter form). Referred to Judge Thompson. |
| 4 | 219 | ORDER approving the proposed settlement between the parties. (Copies mailed to counsel.) EOD 6/5/90. |
| 4 | 220 | CONSENT DECREE enjoining its agents, attorneys, employees, and those acting in concert with them from conducting the election for the Talladega County Democratic Executive Committee under the present election system as set out in consent decree. (Copies mailed to counsel.) EOD 6/5/90. |
| 4 | 221 | Hon. Dorman Walker's notice of appearance as counsel of record for Geneva County Democratic Executive Committee. Referred to Judge Thompson. |
| 6 | 222 | Defendants Blount, Franklin and Marshall CDECs' motion to dismiss or in the alternative, motion for summary judgment. (Exhibits 1-3 attached.) Referred to Judge Thompson. |
| 11 | 223 | ORDER that **oral argument before the 3 judge court is rescheduled for 8-1-90, 9:00 a.m., 2nd fl courtroom, USDC, Montgomery**; that the other deadlines in the 5-29-90 order are to remain the same. (Copies mailed to counsel and pro se defendants.) EOD 6-11-90. |
| 12 | 224 | Plaintiffs' response to motion of Blount, Franklin and Marshall counties to dismiss or for summary judgment. Referred to Judge Thompson. |
| 18 | 225 | Notice of appearance of Dorman Walker as counsel for St. Clair CDEC. |
| 19 | 226 | Defendant Etowah CDEC's response to motion for injunction. Referred to Judge Thompson. |
| 22 | 227 | Plaintiffs' supplemental evidence submitted to three-judge court. (Attachments A, 1-3.) Referred to Judge Thompson. |
| 25 | 228 | Plaintiffs' submission of evidence. (Attachments.) Referred to Judge Thompson. |
| 25 | 229 | Plaintiffs' brief on Section 5 claim. Referred to Judge Thompson. |

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE; ET AL | JOHN BAKER | DOCKET NO. 89-T-381-S |
| | | PAGE 20 OF ____ PAGES |

| DATE 1990 | NR. | PROCEEDINGS |
|---|---|---|
| June 25 | 230 | Notice of appearance of Dorman Walker as counsel for Tuscaloosa CDEC. |
| 25 | 231 | Acknowledgement of receipt of summons and complaint showing service on Raymond T. Bailey on 6-1-90 for Cullman Democratic Committee. |
| 25 | 232 | Defendant Cullman CDEC's answer. Referred to Judge Thompson. |
| 26 | 233 | Plaintiffs' submission of additional evidence. (Attachments.) Referred to Judge Thompson. |
| 29 | 234 | Motion of Joe Espy to withdraw as counsel for certian defendant parties. Referred to Judge Thompson. |
| 29 | 235 | Defendant Cleburne CDEC's motion to dismiss or in the alternative for summary judgment. (Affidavit attached.) Referred to Judge Thompson. |
| 29 | 236 | Plaintiffs' motion to compel discovery answers. Referred to Judge Thompson. |
| July 3 | 237 | Defendant SDEC's motion for extension of time for submitting brief and evidence. Referred to Judge Thompson. |
| 6 | 238 | ORDER granting as requested the motion for extension of time for filing brief filed on 7-3-90 by Hon. Susan Russ; that the motion for withdrawal filed 6-29-90 by Hon. JOe Espy is granted. (Copies mailed to cousnel.) EOD 7-6-90. |
| 6 | 239 | ORDER that plaintiffs' motion to compel filed 6-29-90 is granted; that each of the CDECs in those counties set out in order shall answer, fully and completely, the discovery of plaintiffs by 7-20-90 or suffer an appropriate sanction, including default, to be taken against it; directing the clerk of the court to serve this order upon Dorman Walker as counsel for CDECs of Clount, Chilton, Franklin, Marshall and St. Clair Counties; that the clerk shall serve this order by mail upon the remaining County Democratic Executive Committees set out in order. (Copies mailed to counsel; served as directed on CDECs and Dorman Walker.) EOD 7-6-90. |
| 9 | 240 | Defendant Monroe CDEC's answer and response. Referred to Judge Thompson. |
| 9 | 241 | State Democratic defendants' brief on Section 5 claim. (Attachments 1 & 2.) Referred to Judge Thompson. |
| 9 | 242 | Ala. State Democratic Exec. Comm., et al objections to plaintiffs' evidence. Referred to Judge Thompson. |
| 9 | 243 | Notice of appearance of Dorman Walker as counsel for Pickens CDEC. |
| 9 | 244 | Defendants Blount and Coffee CDECs' notice of response to order. Referred to Judge Thompson. |
| 9 | 244A | State Demo. Exec. Comm., et al's submisssion of evidence (in separate binder). Referred to Judge Thompson. |

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE; ET AL | JOHN BAKER; ET AL | DOCKET NO. 89-T-381-S |
| | | PAGE 21 OF ____ PAGES |

| DATE 1990 | NR. | PROCEEDINGS |
|---|---|---|
| July 11 | | Order of 7-6-90 remailed to proper address for Marion Co. Demo. Exec. Comm. by CMRRR. |
| 11 | 245 | Return receipt showing service of order of 7-6-90 on C. B. Boswell on 7-10-90 for Butler CDEC; on J. Whitlock on (undated) for Blount CDEC; on Vernon Medders on 7-10-90 for Bibb CDEC; on Randall Brothers on 7-19-90 for Marshall CDEC; on Robert O. Lott on 7-10-90 for Chambers CDEC; on Marjorie T. Padgett on 7-10-90 for Bullock CDEC; on Jame Idem on 7-10-90 for Cherokee CDEC; on Joe Kirkland on 7-10-90 for Wilcox CDEC; on Anedra Filyaw and J. Bice on 7-10-90 for Shelby CDEC; on J. Clements on 7-10-90 for St. Clair CDEC; on Peggy G. Britnell on 7-10-90 for Franklin CDEC. |
| 12 | | Order of 7-6-90 remailed to proper address for Covington CDEC by CMRRR. |
| 12 | 246 | Return receipts showing service of order of 7-6-90 on Doug Mims on 7-10-90 for Chilton CDEC; on Shearese Grayson on 7-11-90 for Elmore CDEC; on Amanda Thrash on 7-11-90 for Clarke CDEC; on R. P. Chisholm on (undated) for Macon CDEC; on Denise Conaway on 7-11-90 for Madison CDEC; on James Clary on 7-11-90 for Hale CDEC; on (signature illegible) on 7-11-90 for Greene CDEC; on Sherry ? on 7-11-90 for Mobile CDEC; on (signature illegible) on 7-11-90 for Calhoun CDEC; on Jerry Parham on 7-10-90 for Pickens CDEC; on Raymond Bailey on 7-11-90 for Cullman CDEC; on Kathryn White on 7-10-90 for Winston CDEC. |
| 13 | 247 | Return receipts showing service of order of 7-6-90 on Rex Avery on 7-12-90 for Marion cdec; on C. Deer on 7-12-90 for Monroe CDEC; on E. Goodwin on (undated) for Dallas CDEC; on Brendan Stacey on 7-12-90 for Conecuh CDEC; on M. Thompson on 7-11-90 for Lauderdale CDEC; on Pat Tate on (undated) for Dekalb CDEC. |
| 13 | | Service returned unexecuted on Wayne Ward for Randolph CDEC with notation, "Refused-no longer chairman"; remailed to new Chairman this date. |
| 16 | 248 | Return receipts showing service of order of 7-6-90 on (signature illegible) on 7-12-90 for Choctaw CDEC; on Rev. F. N. Nixon on (undated) for Sumter CDEC; on Stephanie ? on 7-11-90 for Marion CDEC; on Helen Gantt on 7-13-90 for Covington CDEC; on James Horton on 7-13-90 for Montgomery CDEC; on Reggie Spraggins on 7-14-90 for Tallapoosa CDEC. |
| 17 | 249 | Return receipt showing service of order of 7-6-90 on Martina M. Smith on 7-16-90 for Coffee CDEC. |
| 17 | 250 | Plaintiffs' additoinal motion for injunction against violation of Section 5 of the Voting Rights Act. Referred to Judge Thompson. |
| 19 | 251 | Return receipt showing service of order of 7-6-90 on James Harris on 2-16-90 for Randolph CDEC. |
| 19 | 252 | Plaintiffs' reply brief on Section 5 issues. Referred to Judge Thompson. |
| 19 | 253 | Plaintiffs' submission of new evidence. (Attachment.) Referred to Judge Thompson. |
| 20 | 253A | Defendant Winston CDEC's letter request for exclusion from defendant class. Referred to Judge Thompson. |

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE | JOHN BAKER; ET AL | DOCKET NO. 89-T-381-S <br> PAGE 22 OF ____ PAGES |

| DATE 1990 | NR. | PROCEEDINGS |
|---|---|---|
| July 20 | 254 | Defendant Covington CDEC's offer of judgment. (Attachment.) Referred to Judge Thompson. |
| 20 | 255 | Notice of appearance of Dorman Walker as counsel for Madison CDEC. |
| 20 | 256 | Notice of appearance of Dorman Walker as counsel for Chambers CDEC. |
| 23 | 257 | Defendant Chambers CDEC's additional submission of evidence. Referred to Judge Thompson. |
| 23 | 258 | Notice of appearance of Dorman Walker as counsel for Bibb & Montgomery CDECs. |
| 24 | 259 | Motion of Andre Keith for leave to intervene. Referred to Judge Thompson. |
| 25 | 260 | ORDER directing attorneys for plaintiffs and defendants to file by 7-30-90, responses to the motion to intervene on behalf of Andre Keith filed 7-24-90 "for himself and all other persons similarly situated". (Copies mailed to counsel and pro se defendants.) EOD 7-25-90. |
| 25 | 261 | Plaintiffs' withdrawal of Section 5 claims against certain CDECs. Referred to Judge Thompson. |
| 26 | 262 | Plaintiffs' additional memorandum on Section 5 issues in light of recent actions by the SDEC. Referred to Judge Thompson. |
| 27 | 263 | Notice of appearance of Dorman Walker as counsel for Marion CDEC. |
| 27 | 264 | Defendants' Bibb, Chambers, Marion and Montgomery CDECs' supplemental submission of evidence. (Exhibits 4 & 5 attached.) Referred to Judge Thompson. |
| 27 | 265 | Notice of appearance of Dorman Walker as counsel for Coffee CDEC. |
| 27 | 266 | Defendant Coffee CDEC's supplemental submission of evidence. (Attachments.) Referred to Judge Thompson. |
| 30 | 267 | Defendant Sumter CDEC's response to motion to intervene. Referred to Judge Thompson. |
| 30 | 268 | Plaintiffs' withdrawal of Section 5 claims against additional CDECs. Referred to Judge Thompson. |
| 30 | 269 | Defendant Covington CDEC's response to motion to intervene. Referred to Judge Thompson. |
| 30 | 270 | Defendants Autauga CDEC et al's objection to motion to intervene and motion to dismiss complaint in intervention. Referred to Judge Thompson. |
| 30 | 271 | State defendants' objection to motion to intervene and motion to dismiss complaint in intervention. Referred to Judge Thompson. |

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE; ET AL | JOHN BAKER; ET AL | DOCKET NO. 89-T-381-S<br>22<br>PAGE ___ OF ____ PAGES |

| DATE 1990 | NR. | PROCEEDINGS |
|---|---|---|
| July 31 | 272 | ORDER that the motion to dismiss or, in the alternative, motion for summary judgment filed by the Blount, Franklin and Marshall CDECs on 6-6-90, is denied as moot; that the motion to dismiss or, in the alternative, motion for summary judgment filed by the Marshal CDEC on 6-29-90, is denied as moot. (Copies mailed to counsel and pro se defendants.) EOD 7-31-90. |
| 31 | 273 | Plaintiffs' response to motion to intervene. Referred to Judge Thompson. |
| 31 | 274 | Notice of appearance of Dorman Walker as counsel for Lawrence and Marengo CDECs. |
| 31 | 275 | Defendants Lawrence and Marengo CDECs' supplemental submission of evidence. (Exhibits 4 & 5 attached.) Referred to Judge Thompson. |
| 31 | 276 | Notice of appearance of Dorman Walker as counsel for Hale CDEC. |
| Aug 1 | 277 | Defendants Autauga CDEC et al's supplemental submission of evidence. (Exhibit 6 attached.) Referred to Judge Thompson. |
| 3 | 278 | Defendant State Demo. Exec. Comm.'s ltr to 3-judge court re Section 5 issue. |
| 6 | 279 | Plaintiffs' stipulation and summary of CDEC organizational plans. (Attachments A & B.) Referred to Judge Thompson. |
| 10 | 280 | Letter of 8/10/90 to the 3 judges from Dorman Walker concerning the new unprecleared organizational plan for the Autauga County Democratic Executive Committee. |
| 10 | 281 | Letter of 8/10/90 to the 3 judges from Dorman Walker to correct information in earlier letter of this date. |
| 13 | 282 | First correction to stipulation and summary of CDEC organizational plans. Referred to Judge Thompson.) |
| 14 | 282A | Letter of 8-10-90 from Susan Russ re Section 2 issue and resume of Dr. Ronald Weber. (Attachment.) |
| 15 | | Received copy of opinion from U. S. Court of Appeals, 11th Circuit, affirming district court's decision. |
| 20 | 283 | ORDER granting the motion for leave to intervene filed by Andre Keith; denying state defendants motion to dismiss; denying plaintiffs' additional motion for injunction filed 7-17-90. (Copies mailed to counsel and pro se defendants.) EOD 8-20-90. |
| 20 | 283A | COMPLAINT IN INTERVENTION of Andre Keith. |
| 20 | 284 | ORDER of Judge Myron Thompson and Judge Frank Johnson allowing plaintiffs and the county committees 14 days to submit to the court proposed relief as to each of the 45 county committees whose plans must be precleared. **Concurring in part and dissenting in part** by Judge Truman Hobbs. (Copies mailed to counsel and pro se defendants.) EOD 8-20-90. |
| 23 | 285 | Defendant Hale CDEC's supplemental submission of evidence. (Exhibit 4 attached.) Referred to Judge Thompson. |

| PLAINTIFF | DEFENDANT | |
|-----------|-----------|---|
| THOMAS HAWTHORNE; ET AL | JOHN BAKER; ET AL | DOCKET NO. 89-T-381-S<br>PAGE 23 OF ___ PAGES |

| DATE 1990 | NR. | PROCEEDINGS |
|------|-----|-------------|
| Aug 28 | 286 | Plaintiffs' motion to amend to conform to the evidence.  Referred to Judge Thompson. |
| 28 | 287 | Plaintiffs' memorandum in support of motion to amend to conform to evidence.  Referred to Judge Thompson. |
| 28 | 288 | Plaintiffs' proposal for relif as to county Democratic executive committees.  Referred to Judge Thompson. |
| 29 | 289 | ORDER that parties show cuase by 9-7-90 as to why plaintiffs' motion to amend to conform to the evidence should not be granted; that parties submit statements by 9-7-90 regarding the effect, if any, of the complaint filed by plaintiff-intervenor Andre Keith on the § 2 aspect of this litigation.  (Copies mailed to counsel.) EOD 8-29-90. |
| Sept 5 | 290 | Certain defendant CDECs proporsal for relief for County Democratic Executive Committees.  Referred to Judge Thompson. |
| 7 | 291 | Plaintiff intervenor Keith's response to 8-29-90 court order.  Referred to Judge Thompson. |
| 7 | 292 | Defendants' **Notice of Appeal** to the **U. S. Supreme Court** from the judgment entered 8/20/90.  (Copies mailed to Fournier J. Gale, III, Gregory H. Hawley and Cynthia G. Lamar; Susan E. Russ; Edward Still; James U. Blacksher; Terry G. Davis; John C. Falkenberry; Philip H. Smith; John C. Keeney, Jr., Vincent H. Cohen, Anthony L. Sutin & Roger L. Patton, Jr.; Dorman Walker; Christine A. Varney; Clifford W. Cleveland; Alston Keith, Jr.; Jerry L. Thornton; David Schoen; C. Holt Filyaw; and Solomon Seay,Jr. and furnished Judge Myron H. Thompson, Judge Truman Hobbs and Judge Frank Johnson.) |
| 10 | | Received check in the amount of $5.00 (Receipt #38129) from Maynard, Cooper, Frierson & Gale for payment of the filing fee of the notice of appeal. |
| ** 7 | 293 | Defendant SDEC's opposition to plaintiffs' motion to amend to conform to the evidence.  Referred to Judge Thompson. |
| 10 | 294 | Plaintiffs' response to 8-29-90 order.  Referred to Judge Thompson. |
| 12 | 295 | ORDER that the single-judge court shall enter those orders necessary to carry out the three-judge court's order of 8-20-90.  (Copies mailed to counsel.) EOD 9-12-90. |
| 12 | 296 | Plaintiffs' response to SDEC's opposition to plaintiffs' motion to amend to conform to the evidence.  Referred to Judge Thompson. |

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE | JOHN BAKER | DOCKET NO. 89-T-381-S<br>PAGE 24 OF _____ PAGES |

| 1990 DATE | NR. | PROCEEDINGS |
|---|---|---|
| Sept 13 | 297 | ORDER that all 45 county committees shall comply with their respective new plans, which the court has found are subject to the preclearance requirements of § 5 of the Voting Rights Act, pending further orders of this court; that each county committee which has already submitted its new selection plan to the Department of Justice shall promptly inform the court if its plan is precleared or objected to by the Department of Justice; that each of these committees which has not obtained preclearance within 90 days of date of this order shall report this fact to the court; that each county committee which has not yet submitted its new selection plan to the Department of Justice shall do so within 30 days of the date of this order and shall serve a copy of such submission on counsel for plaintiffs; that in the alternative, each county committee may seek similar approval of its selection plan by instituting within 30 days of the date of this order a declaratory judgment action in the U. S. District Court for the District of Columbia, as provided by § 5 and as further set out in order. (Copies mailed to counsel and pro se defendants.) EOD 9-13-90. |
| 17 | 298 | Defendant State Democratic Executive Committee's motion for substitution of the name of its new Chairmen for the name of former Chairman John Baker. Referred to Judge Thompson. |
| 19 | 299 | Defendant State Demo. Exec. Committee's addendum to opposition to plaintiffs' motion to amend to conform to the evidence. Referred to Judge Thompson. |
| 21 | 300 | Notice of change of Chairperson of Henry CDEC to Winston Griggs. |
| 27 | 301 | Plaintiffs' motion for attorneys' fees for Section 5 proceedings. (Attachments.) Referred to Judge Thompson. |
| 28 | 302 | Defendant Chambers CDEC's notice of preclearance. Referred to Judge Thompson. |
| Oct 2 | 303 | Defendant Marion CDEC's notice of preclearance. (Attachment.) Referred to Judge Thompson. |
| 4 | 304 | Defendant Bibb CDEC's notice of preclearance. (Attachment.) Referred to Judge Thompson. |
| 10 | 305 | Defendant SDEC's notice of preclearance. (Attachment.) Referred to Judge Thompson. |
| 10 | 305A | Defendant SDEC's notice to 3-Judge Court of preclearance containing motion for order lifting 8-20-90 injunction. Referred to Judge Thompson. |
| 11 | 306 | Lawrence CDEC's notice of preclearance. Referred to Judge Thompson. |
| 12 | 307 | Defendants Cherokee CDEC, Dallas CDEC, Jefferson CDEC, Tallapoosa CDEC and Walker CDEC's notice of § 5 submission. Referred to Judge Thompson. |

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE | JOHN BAKER | DOCKET NO. 89-T-381-S<br>25<br>PAGE ___ OF ____ PAGES |

| DATE 1990 | NR. | PROCEEDINGS |
|---|---|---|
| Oct 12 | 308 | Defendant SDEC's motion for clarification of 8-20-90 order. (Exhibits A & B attached.) Referred to Judge Thompson. GRANTED 12-21-90. |
| 15 | 309 | Defendant Lauderdale CDEC's notification to court of filing for spre-clearance with the Justice Dept. Referred to Judge Thompson. |
| 16 | 310 | Plaintiff's withdrawal of motion to amend complaint to conform to the evidence. Referred to Judge Thompson. |
| 17 | 311 | Plaintiffs' opposition to SDEC motion for clarification. Referred to Judge Thompson. |
| 17 | 312 | Defendant Shelby CDEC's pre-clearance submission. Referred to Judge Thompson. |
| 18 | 313 | ORDER that the motion for substitution filed by defndant SDEC on 9-17-90 is granted and that Jack Hurley is substituted for John Baker as a defendant in this cause; that Winston Griggs is substituted for J. Holt Etheridge as a defendant in this cause. (Copies mailed to counsel.) EOD 10-18-90. |
| 18 | 314 | ORDER that plaintiffs' motion to amend complaint to conform with the evidence is withdrawn. (Copies mailed to counsel.) EOD 10-18-90. |
| 18 | 315 | ORDER that parties file a written response to defendant SDEC's motion for clarification no later than 10-26-90. (Copies mailed to counsel.) EOD 10-18-90. |
| 23 | 316 | Defendant SDEC's response to plaintiffs' opposition to motion for clarification. Referred to Judge Thompson. |
| 25 | 317 | Plaintiffs' memorandum regarding SDEC's motion for clarification. Referred to Judge Thompson. |
| 26 | 318 | Response of the named County Democratic Executive Committees to motion for clarification. Referred to Judge Thompson. |
| Nov 6 | 319 | ORDER that the motion for clarification filed by defendant SDEC on 10-12-90 is set for submission, without oral argument, on 11-13-90, with all briefs due by said date. (Copies mailed to counsel.) EOD 11-6-90. |
| 13 | 320 | Plaintiffs' ltr response to motion for clarification. |
| 13 | 321 | Defendants' memorandum in support of motion for clarification. (Attachment.) Referred to Judge Thompson. |
| 15 | 322 | Plaintiffs' motion for interim attorneys' fees. (Affidavit and attachments.) Referred to Judge Thompson. |
| 20 | 323 | Plaintiffs' motion to dismiss appeal of defendants. Referred to Judge Thompson. |

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE | JOHN BAKER | DOCKET NO. 89-T-381-S<br>PAGE 26 OF ____ PAGES |

| DATE 1990 | NR. | PROCEEDINGS |
|---|---|---|
| Dec. 3 | 324 | Defendant Democratic Party of the United States' **response** to plaintiff's motion to dismiss appeal of defendants.  Referred to Judge Thompson. |
| 12 | 325 | CDEC's report of status of preclearance submission.  Referred to Judge Thompson. |
| 21 | 326 | ORDER OF 3-JUDGE COURT that the motion for clarification filed by defendant State Democratic Executive Committee on 12-12-90, is granted to the extent that the state committee may now implement the new plan for selecting additional black members that was precleared by the Attorney General on 10-5-90.  (Copies mailed to counsel.)  EOD 12-21-90. |
| **1991**<br>Jan 7 | 327 | Affidavit of Cynthia Lamar.  Referred to Judge Thompson. |
| 7 | 328 | ORDER plaintiffs' motion to dismiss appeal filed 11-20-90 is set for submission, without oral argument, on 1-31-91; directing defendants to file their affidavits regarding their appeal by 1-14-91; directing plaintiffs to file their brief by 1-23-91; directing defendants to file their brief by 1-31-91.  (Copies mailed to counsel.)  EOD 1-7-91. |
| 7 | 329 | ORDER that **plaintiffs' motion for interim attorney's fees filed 11-15-90 and the motion for attorney's fees for Section 5 proceedings filed 9-27-90 are set for EVIDENTIARY HEARING on 3-1-91, 10:00 a.m., 2nd fl courtroom, USDC, Montgomery, AL**; that by 1-21-91, defendants are to file a written response to the motions as set out in order; that by 2-4-91 plaintiffs are to file their brief and evidentiary materials; that by 2-15-91 defendants are to file their brief and evidentiary materials; that no later than 2-22-91 parties are to meet with each other to attempt to resolve the issues raised by the motions.  (Copies mailed to counsel.) EOD 1-7-91. |
| 9 | 330 | Plaintiffs' memorandum supporting their motion to dismiss appeal of defendants.  Referred to Judge Thompson. |
| 17 | 331 | Defendants' **Notice of Appeal** to the U. S. **Supreme Court** from the judgment entered 12/21/90.  (Copies mailed to Fournier J. Gale, III, Gregory H. Hawley & Cynthia G. Lamar; Susan E. Russ; James L. North; John England; Edward Still; James U. Blacksher; Terry G. Davis; John C. Falkenberry; Philip H. Smith; John C. Kenney, Jr., Vincent H. Cohen Anthony L. Sutin & Roger L. Patton, Jr.; Dorman Walker; Christine A. Varney; Clifford W. Cleveland; Joseph C. Espy; Alston Keith, Jr.; Jerry L. Thornton; David Schoen; C. Holt Filyaw; Solomon Seay, Jr.; furnished Judge Myron H. Thompson, Judge Truman Hobbs, and Judge Frank Johnson.) |
| 17 | | Received check in the amount of $105.00 (Receipt #39378) from Maynard, Cooper, Frierson, etc. for payment of notice of appeal. |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE, et al. | JOHN BAKER, et al. | DOCKET NO. 89T-381-S<br>PAGE 27 OF ____ PAGES |

| DATE<br>1991 | NR. | PROCEEDINGS |
|---|---|---|
| Jan. 18 | 332 | Plaintiffs' **Notice of Appeal** to the U. S. **Supreme Court** from the judgment entered 12/21/90. (Copies mailed to Edward Still; Terry G. Davis; James U. Blacksher, John C. Falkenberry & Leslie M. Proll; Fred D. Gray; Fournier J. Gale, III & Gregory H. Hawley; John H. England, Jr.; Clifford W. Cleveland; James L. North; Jack Drake; Vincent H. Cohen, John C. Keeney, Jr., Anthony L. Sutin & Roger L. Patton, Jr.; Dorman Walker; Alston Keith, Jr.; David Schoen; Christine A. Varney; Susan Russ; Jerry L. Thornton; Solomon S. Seay, Jr.; furnished Judges Thompson. Hobb and Johnson.) |
| 18 | | Received check in the amount of $5.00 (Receipt #39393) from Edward Still for payment of notice of appeal. |
| 23 | 333 | Appearance of Jack Hurley as co-counsel for defendant Hurley and SDEC. |
| 23 | 334 | Defendants Hurley and SDEC's response to plaintiffs' motion for interim attorneys fees. Referred to Judge Thompson. |
| 28 | 335 | Plaintiffs Hawthorne and Newman's **motion** to shorten time for discovery responses. (Discovery request to defendants attached.) Referred to Judge Thompson. **DENIED AS MOOT 2-4-91.** |
| 28 | 336 | Defendants' objection to plaintiff's motion to shorten time for discovery responses. Referred to Judge Thompson. |
| 31 | | Court Reporter Roger Watford's **transcript** of hearing 8-1-90 before Judge Johnson, Judge Thompson, and Judge Hobbs. Referred to Judge Thompson. |
| 31 | 337 | Defendant SDEC's response to plaintiffs' memorandum supporting their motion to dismiss appeal. (Exhibits A & B attached.) Referred to Judge Thompson. |
| 31 | 338 | Defendant Lee CDEC's notice of preclearance. Referred to Judge Thompson. |
| 31 | 339 | Notice of Dorman Walker of non-representation. Referred to Judge Thompson. |
| 31 | | |
| Feb 4 | 340 | ORDER that **the issue of whether plaintiffs are prevailing parties for purposes of their interim-fees request is set for an EVIDENTIARY HEARING on 3-1-91, 2nd fl courtroom, USDC, Montgomery, AL;** that plaintiffs file their brief and evidentiary materials by 2-15-91; that all other fee issues, which were originally set for 3-1-91, are continued generally; that plaintiffs' motion to shorten time for discovery responses, filed 1-28-91 is denied as moot. (Copies mailed to counsel and pro se defendants.) EOD 2-4-91. |

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE | JACK HURLEY | DOCKET NO. 89-T-381-S |
| | | PAGE 28 OF _____ PAGES |

| 1991 DATE | NR. | PROCEEDINGS |
|---|---|---|
| Feb 5 | 341 | ORDER OF 3-JUDGE COURT that the motion to dismiss appeal filed by plaintiffs on 11-20-90 is denied. (Copies mailed to counsel and pro se defendants.) EOD 2-5-91. |
| 7 | 342 | Defendant DPUS response to motion to shorten time for discovery responses and statement of continued opposition to any award of fees. (Exhibit 1 attached.) Referred to Judge Thompson. |
| 11 | 343 | Plaintiffs' memo on "prevailing party" issue. Referred to Judge Thompson. |
| 19 | 344 | Plaintiffs' motion to submit additional evidence. Referred to Judge Thompson. |
| 20 | 345 | Shelby CDEC's pre-clearance submission. (Maintained in separate binder.) Referred to Judge Thompson. |
| 22 | 346 | Affidavit of Susan Russ. (Exhibits A & B attached.) Referred to Judge Thompson. |
| 25 | 347 | Defendants' (State Democratic Executive Committee and Jack Hurley) **memorandum** opposing the interim fee award request. Referred to Judge Thompson. |
| 25 | 348 | **Affidavit** of John M. Baker w/affidavits of Gregory H. Hawley and James L. North attached. Referred to Judge Thompson. |
| 25 | 349 | Defendants' (State Democratic Executive Committee and Jack Hurley) **response** to plaintiffs' motion to add new evidence. Referred to Judge Thompson. |
| Mar. 11 | 350 | Defendants' (Jack Hurley and State Democratic Executive Committe) copy of "Motion of Appellees Hawthorne and Newman to Affirm or Dismiss" filed in the United States Supreme Court. [Filed from direction of Judge Thompson.] |
| 13 | 351 | Plaintiffs' ltr to court re motoin for interim fees and colorable claim. Referred to Judge thomposn. |
| 13 | 352 | Defendants' motion to substitute William Blount for Jack Hurley as a party defendant. Referred to Judge Thompson. **GRANTED 3-18-91.** |
| 15 | 353 | Defendants' ltr response to plaintiffs' 3-13-91 ltr to court re motion for interim fees and colorable claim. |
| 18 | 354 | ORDER that the motion to substitute party defendant is granted; that the other parties file any objections to the allowance within 7 days from the date of this order. (Copies mailed to counsel and pro se defendants.) EOD 3-18-91. |
| 28 | 355 | Letter notice to court from Supreme Court of the United States. Referred to Judge Thompson. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE | WILLIAM BLOUNT | DOCKET NO. 89-T-381-S |
| | | PAGE ___ OF ____ PAGES 29 |

| 1991 DATE | NR. | PROCEEDINGS |
|---|---|---|
| Apr 11 | 356 | ORDER OF 3-JUDGE COURT that pursuant to the order entered by the U. S. Supreme Court on 3-25-91, the cause before the 3-judge court is dismissed. (Copies mailed to counsel.) EOD 4-11-91. |
| 18 | 357 | ORDER directing parties to file appropriate settlement papers within 14 days; that all outstanding motions are denied as moot. (Copies mailed to counsel.) EOD 4-18-91. **VACATED 4-19-91.** |
| 19 | 358 | ORDER that the court's order of 4-18-91 is vacated. (Copies mailed to counsel and pro se defts.) EOD 4-19-91. |
| 30 | 359 | Received certified copy of order of U. S. Supreme Court, entered 3-25-91, in re statement of jurisdiction and motion to dismiss or affirm, that judgment of this court is vacated with costs, and remanding this cause to the USDC, MD, Alabama with directions to dismiss; further, that appellant, State Demo. Exec. Committee of Ala. recover from Thomas Hawthorne, et al $300 for its costs. Referred to Judge Thompson. |
| May 23 | 360 | Parties' joint motion for notice and approval of proposed compromise and settlement. Referred to Judge Thompson. |
| June 13 | 361 | FIRST ORDER TENTATIVELY APPROVING COMPROMISE AND REQUIRING NOTICE TO THE CLASS directing defendant to cause the notice attached to this order and the proposed conset decree to be distributed as set out in order; that on **7-24-91, a hearing in the Federal Courthouse in Montgomery, AL** shall be conducted to consider objections by members of the class to the proposed compromise and settlement. (Copies mailed to counsel.) EOD 6-13-91. |
| 14 | 362 | **ORDER** that all outstanding motions are denied as moot due to the settlement of this cause. (Copies mailed to counsel). EOD: 6/14/91. |
| 18 | | Clerk's Amended Notice to Class. |
| 18 | 363 | ORDER that page 2, ¶4 of the court's First Order entered on 6-13-91 is amended to read that on **7-3-91, at 9:00 a.m.,** this court shall **conduct a hearing in the 2nd fl courtroom, USDC, Montgomery, AL** to consider objections by members of the class to the proposed compromise and settlement. (Copies mailed to counsel.) EOD 6-18-91. |

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE | WILLIAM B. BLOUNT | DOCKET NO. 89-T-381-S |
| | | PAGE 30 OF ____ PAGES |

| DATE 1991 | NR. | PROCEEDINGS |
|---|---|---|
| July 3 | 364 | Response from Democratic Party of U. S. regarding settlement. |
| 3 | 365 | Affidavit of Jerome Cray. |
| 3 | 366 | ORDER that the proposed consent decree is approved. (Copies mailed to counsel.) EOD 7-3-91. |
| 3 | 367 | CONSENT DECREE ordering as follows: (1) that within 30 days of the date of final approval of this decree, the Chair of the SDEC of Alabama shall appoint a Democratic Reform Commission, on which black Democrats shall be fairly represented; that said Commission shall be composed of not less than 7 and not more than 15 members; that each congressional district shall have some representation on the Commission; (2) that said Commission shall undertake such work as the Chair of the SDEC may designate as further set out in order; (3) that said Commission shall report to the SDEC before 1-1-93; that the SDEC shall consider the reforms proposed by the Reform Commission, and shall adopt those refors deemed desirable, or, at its discretion, other reforms conforming to the goals set out in paragraph 2, in time for the reforms to be implemented not later than the 1994 Democratic primary election; (5) that the SDEC agrees that for the terms beginning in or after 1992, at least 2 of the 5 members serving on the National Democratic Committee from Alabama shall be black; (6) that the parties have resolved all issues concerning costs and attorneys' fees; (7) that when the Chair of the SDEC notifies this court that said Commission has been appointed, this action shall be dismissed, provided, however, that the terms of this decree shall be permanent and binding on the parties and dismissal shall be without prejudice to the rights of plaintiffs and/or other members of the plaintiff class to institute a civil action to seek enforcement of the terms of this decree or to assert claims that furutre practices of the defendants violate the Constitution and laws of the U. S. or the State of Alabama; (8) that plaintiffs' outstanding claims re the methods of selecting members of Democratic committees, boards and subcommittees at the national, state and county levels shall be considered resolved by implementation of the terms of this decree. (Copies maield to counsel.) EOD 7-3-91. |

12/1/09

CLERK'S NOTICE OF INTENT TO RETURN
OR DISPOSE OF TRIAL EXHIBITS

12/14/17

Attorney Terry Davis picked up defendants exhibits
on 12/14/17.

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


Thomas Hawthorne, et al

v                                                    Cv. No. 89-T-381-8

John Baker, et al

---

# NOTICE TO RETURN OR DISPOSE OF TRIAL EXHIBITS

☐     Check here if you would like your exhibits in this case destroyed.

X     Check here if you would like to pick up your exhibits in this case. If so, please tell us when: _____.
Please note that all exhibits will be destroyed if not removed from the court within 30 days.

☐     Check here if you would like your exhibits in this case mailed to you. We will contact you with further instructions as to postage requirements.


Party Name: _____

Attorney Name: ___Terry Davis_____

Contact Address: _____
_____

Contact Telephone: ___334-538-1637_____

Exhibits picked up (Defendants)

Signature: _____ Date: 12/14/17

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE; et al.<br>THOMASHAWTHORNE: ET AL. | THOMAS E. PEREZ, etc., et al.<br>JOHN BAKER, etc. etal. | DOCKET NO. 89-T-381-S |
| | | PAGE ___ OF ___ PAGES |

| DATE<br>2021 | NR. | PROCEEDINGS |
|---|---|---|
| Jan 19 | 368 | Movants' MOTION to INTERVENE w/ attached Exhibit A (Proposed<br>COMPLAINT IN INTERVENTION. Referred to Judge Huffaker. (wcl) |
| Jan 19 | -- | Case reassigned to Judge R. Austin Huffaker. (wcl) |
| Jan 22 | 369 | ORDER - it is hereby Ordered as follows: 1) The Clerk shall assign<br>a new case number to this matter; 2) The Clerk shall identify<br>Plfs as RANDY KELLEY and JANET MAY, and Dfts as THOMAS E. PEREZ,<br>DEMOCRATIC NATIONAL COMMITTEE, DEMOCRATIC PARTY OF THE UNITED<br>STATES OF AMERICA, CHRISTOPHER ENGLAND, and STATE DEMOCRATIC<br>EXECUTIVE COMMITTEE OF ALABAMA, as further set out in order;<br>3) The Clerk shall file and docket the following documents in this new<br>new proceeding as follows: (1) Case Docket Sheet from 89-T-381-S,<br>(2) Consent Decree, dated 7/3/1991; and (3) Motion to Intervene,<br>dated 1/19/2021.  Signed by Honorable Judge R. Austin Huffaker,<br>on 1/22/2021.    (entered by WCL) |

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| THOMAS HAWTHORNE; et al | THOMAS E. PEREZ, ETC., et al | DOCKET NO. 89-H-381-S |
| | | PAGE ___ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | |