IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANDY KELLEY, *et al.*,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>JAIME HARRISON, *et al.*,  )<br>  )<br>  Defendants.  ) | Case No. 1:21-cv-56-RAH-SMD<br>[WO] |

## **FINAL JUDGMENT**

In accordance with the Order entered on this date by the undersigned, it is the ORDER and DECREE of the Court that Judgment is entered in favor of Defendants and against Plaintiffs and this action is DISMISSED with prejudice. Each party is to bear its own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

**DONE**, on this the 22th day of June, 2022.

          /s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

1